1   Gamma Law, P.C.
    Duy Thai, SBN 157345
2   Email: dthai@gammalaw.com
    Kenneth J. MacArthur, SBN 175906
3   Email: kmacarthur@gammalaw.com
4   One Sansome Street, Suite 3500
    San Francisco, California 94104
5   Tel.: 415.296.9927
    Fax: 415.901.0512
6
7   Attorneys for Applicants
    Aniplex, Inc., and Toho Co., Ltd.
8

9

                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11

12
    *In re Ex Parte* Application of
13                                                Case No.:
    Aniplex Inc., a Japanese corporation, and
14  Toho Co., Ltd., a Japanese corporation,       **DECLARATION OF YUMA
                                                   TAKAHASHI IN SUPPORT OF
15                                                 APPLICANTS' *EX PARTE*
                    Applicants.                    APPLICATION FOR AN ORDER
16                                                 PURSUANT TO 28 U.S.C. § 1782
                                                   AUTHORIZING DISCOVERY FOR
17                      .                          USE IN FOREIGN PROCEEDINGS**

18

19

20

21

22

23

24

25

26

27

28

Declaration of Yuma Takahashi

1    I, Yuma Takahashi, declare as follows:

2        1.      I am Senior Vice President of Produce Group 2 of Aniplex Inc.

3    ("Aniplex"). My job responsibilities include producing animation projects, managing the

4    rights to the animation produced, and responding to copyright infringements. Our

5    company has retained Hiroyuke Nakajima to advise us on the matters addressed below,

6    and to represent us in legal proceedings in Japan about them. I am working with him as

7    the person in charge of this matter for Aniplex.

8        2.      I have personal knowledge of the facts set forth in this Declaration and, if

9    called as a witness, could and would testify competently to such facts under oath.

10        3.      I submit this declaration in support of the Ex Parte Application by

11    Applicants for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in

12    Foreign Proceedings (hereinafter "Application").

13        4.      Applicant Aniplex is a Japanese corporation that engages in the business,

14    among others, of producing and releasing "anime" TV series (i.e., various animated,

15    Japanese-language television series). The intended initial audiences for these anime TV

16    series are television viewers in Japan, where such anime TV series are popular with those

17    in the age groups from teenagers to those in their forties.

18        5.      Each such anime TV series, each episode of each anime TV series, and

19    each image in each episode, are protected by Japanese copyright law. Aniplex is the

20    holder of the Japanese copyright of its anime TV series.

21        6.      As described in more detail below, Aniplex has been the victim of

22    copyright infringement as to its anime TV series, via posts made by anonymous twitter

23    users on X in which leaked images from unreleased episodes (or unreleased versions of

24    episodes) of the anime TV series were posted without authorization from Aniplex.

25        7.      The background these infringements is as follows.  Typically, each

26    episode of the subject anime TV series was released in the following fashion:

27

28

Declaration of Yuma Takahashi

a. An episode of an anime TV series has a "release date." The episode, and the images in the episode, are not publicly available until the release of the episode on the release date.

b. On an episode's release date, the episode is first released nationwide in Japan on broadcast television. The official animation broadcast release is made at a set time, agreed to in advance by the broadcast television stations, and identified in advance to their viewers.

c. After the broadcast release, the episode is released nationwide in Japan on streaming services (e.g., Netflix, Amazon Prime Video, and Hulu). The official animation streaming release is made at a set time (usually midnight (12:00 a.m.) on the next day), agreed to in advance by the streaming services, and identified in advance to their viewers.

d. In order that the broadcast TV stations, and the streaming services, can release the episode at the applicable release date and time, each episode is made available to the broadcast TV stations and streaming services in advance of the release. However, the broadcast TV stations, and the streaming services, do not have authorization from Applicants to release an episode, or frames from an episode, to the public prior to the applicable official release date and time.

8. Aniplex was able to identify the infringements detailed below in three ways:

a. First, and most simply, where an image from an episode is posted on X by a twitter user prior to the episode's release date, the posting is unauthorized and an infringement.

b. Second, sometimes an episode is first provided to broadcast TV stations and streaming services with deliberately erroneous information in the episode's credits. Then, prior to the release date and

Declaration of Yuma Takahashi

time, another version of the episode, with correct credits, is provided to the broadcast TV stations and streaming services to be used for the release.  In such circumstances, the version with the deliberately erroneous credits was never authorized for release, and any image posted on X of those erroneous credits is unauthorized and an infringement.

c.  Third, some of the infringement was identified by the appearance of "watermarks" in a posted image of an episode. A "watermark" in an anime image typically appears as a circle in a set of known locations within the image. A watermark typically is barely perceptible, or not perceptible, in an image, but its appearance in the image can be confirmed by brightening the image.  As an example, attached collectively hereto as Exhibit 1 are four pages.  The first page shows an official Aniplex image with possible locations for watermarks, the second page is a post on X, the third page is the image from the post, marked to show where a watermark will appear once the page is brightened, and the fourth page is the brightened image from the post, where the watermark is visible. Where infringement was detected here by a watermark, that was possible because: (i) the version of the episodes provided to broadcast TV stations did not have watermarks; (ii) the version of the episodes provided to streaming services did have watermarks; and (iii) the infringing posts were posted before the streaming release time and date.  In other words the posted images came from a streaming version of the episode, not the broadcast version, at a time where the streaming version was not authorized for release, and the post of the image on X was unauthorized and an infringement.

Declaration of Yuma Takahashi

9.      After the infringing postings on X (identified below) were discovered by members of Aniplex's anime production group, including myself, the evidence was preserved. We then consulted with the Content Overseas Distribution Association ("CODA"), a rights-holders' organization to which many Japanese animation companies belong, because of the need for legal procedures in order to identify the infringers. CODA is a well-known, Japanese government-supported, rights-protection organization with a track record of exposing cases of infringement of Japanese manga and anime rights. Our legal department and CODA checked the official release dates and times, and found that the infringing postings were made prior to those official release dates and times, as identified below. Therefore, we believe that the posters somehow obtained the data of the anime episodes prior to the official releases, and illegally posted the infringing contents. Since I was part of the above investigation, I can speak with confidence that these infringing postings were illegal myself.

**Anonymous Twitter Users Who Infringed Aniplex's Japanese Copyright Rights**

10.     One of Aniplex's anime-TV-series is "Demon Slayer."

11.     Attached collectively hereto as Exhibit 2 are: (a) an official announcement by Aniplex of the official broadcast release dates and times, and the official streaming release dates and times, for the 4th Season of Demon Slayer (that season was released in 2023); and (b) a translation of that announcement. In pertinent part, the announcement was that: (a) the season would begin with the broadcast release of the first episode on Sunday, April 9, 2023, and the streaming release on Monday April 10, 2023; (b) subsequent episodes would be released for broadcast at 11:15 p.m. on subsequent Sundays, and released for streaming at 12:00 a.m. on subsequent Mondays. Consequently:

   a.  The official broadcast release date and time for the 4th episode of the 4th season of Demon Slayer was April 30, 2023 at 11:15 p.m. (Japan

5

Declaration of Yuma Takahashi

time).

b. The official broadcast release date and time for the 5th episode of the 4th season of Demon Slayer ("Episode 5") was May 3, 2023 at 11:15 p.m. (Japan time).

c. The official broadcast release date and time for the 6th episode of the 4th season of Demon Slayer ("Episode 6") was May 14, 2023 at 11:15 p.m. (Japan time). The official streaming release date and time was 45 minutes later, i.e., 12:00 a.m. (Japan time) on May 15, 2023.

d.  The official broadcast release date and time for the 7th episode of the 4th season of Demon Slayer (Episode 7") was May 21, 2023 at 11:15 p.m. (Japan time). The official streaming release date and time was 45 minutes later, i.e., 12:00 a.m. (Japan time) on May 22, 2023.

e. The official broadcast release date and time for the 8th episode of the 4th season of Demon Slayer was May 28, 2023 at 11:15 p.m. (Japan time). The official streaming release date and time at midnight, i.e., 12:00 a.m. (Japan time) on May 29, 2023.

12. Anonymous twitter user "@knyesta" infringed Aniplex's Japanese copyright rights on May 14, 2023. Specifically:

a. Attached hereto as Exhibit 3 are true and correct copies of two official Aniplex images from Episode 6 and Episode 7, and which show possible locations for the watermarks that Aniplex added to the streaming versions of the episode.

b. Attached hereto collectively as Exhibit 4 are a true and correct copy of a twitter post made by made by user @knyesta on May 14, 2023 at 11:26 p.m. (i.e., before the official streaming release time for Episode 6), a true and correct of an image from that post (matching one of the official images in Exhibit 3), marked to show the location of a

Declaration of Yuma Takahashi

watermark that will appear when the image is lightened, and a true and correct of the lightened image, showing the watermark present in the posted image from a then-unreleased streaming version of the episode.

    c.   Attached hereto collectively as Exhibit 5 are a true and correct copy of a twitter post made by made by user @knyesta on May 21, 2023 at 11:55 p.m. (i.e., before the official streaming release time for Episode 7), a true and correct of an image from that post (matching one of the official images in Exhibit 3), marked to show the location of a watermark that will appear when the image is lightened, and a true and correct of the lightened image, showing the watermark present in the posted image from a then-unreleased, streaming version of the episode.

13. Anonymous twitter user "@Snowz7x" infringed Aniplex's Japanese copyright rights on May 3, 2023. Specifically:

    a.   Attached hereto as Exhibit 6 are true and correct copies of four official Aniplex images from Episode 5.

    b.   Attached hereto as Exhibit 7 is a true and correct copy of a twitter post made by made by user @Snowz7x on May 3, 2023 at 6:12 a.m. (i.e., before the official 11:15 p.m. broadcast release time for the Episode 5, containing an image containing manipulated versions of the four official images in Exhibit 6 hereto.

14. Anonymous twitter user "@jobisky" infringed Aniplex's Japanese copyright rights on May 14, 2023. Specifically:

    a.   Attached hereto as Exhibit 8 is a true and correct copies of official Aniplex images from Episode 6, and which show possible locations for the watermarks that Aniplex added to the streaming versions of the episode.

Declaration of Yuma Takahashi

b.  Attached hereto collectively as Exhibit 9 are a true and correct copy of a twitter post made by made by user @jobisky on May 14, 2023 at 11:35 p.m. (i.e., before the official streaming release time for Episode 6), a true and correct of an image from that post (matching the official images in Exhibit 8), marked to show the location of a watermark that will appear when the image is lightened, and a true and correct of the lightened image, showing the watermark present in the posted image from a then-unreleased streaming version of the episode.

15. Anonymous twitter user "@msthshra" infringed Aniplex's Japanese copyright rights on May 14, 2023. Specifically:

a.  Attached hereto as Exhibit 10 is a true and correct copy of official Aniplex images from Episode 6, and which shows possible locations for the watermarks that Aniplex added to the streaming versions of the episode.

b.  Attached hereto collectively as Exhibit 11 are a true and correct copy of a twitter post made by made by user @msthshra on May 14, 2023 at 11:42 p.m. (i.e., before the official streaming release time for Episode 6), a true and correct of an image from that post (matching the official images in Exhibit 10, marked to show the location of a watermark that will appear when the image is lightened, and a true and correct of the lightened image, showing the watermark present in the posted image from a then-unreleased streaming version of the episode.

16. Anonymous twitter user "@Nakayasee" infringed Aniplex's Japanese copyright rights on May 18, 2023. Specifically:

a.  Attached hereto as Exhibit 12 are true and correct copies of two official Aniplex images from Episode 8, and which show possible

Declaration of Yuma Takahashi

locations for the watermarks that Aniplex added to the streaming versions of the episode.

    b.   Attached hereto collectively as Exhibit 13 are a true and correct copy of a twitter post made by made by user @Nakayasee on May 28, 2023 at 11:40 p.m. (i.e., before the official streaming release time for Episode 8), a true and correct of an image from that post (matching one of the official images in Exhibit 12), marked in the upper right to show the location of a watermark that will appear when the image is lightened, and a true and correct of the lightened image, showing that watermark present in the posted image from a then-unreleased streaming version of the episode.

    c.   Attached hereto collectively as Exhibit 14 are a true and correct copy of a twitter post made by made by user "@Nakayasee on May 28, 2023 at 11:48 p.m. (i.e., before the official streaming release time for Episode 8), a true and correct of an image from that post (matching one of the official images in Exhibit 12), marked in the upper to show the location of a watermark that will appear when the image is lightened, and a true and correct of the lightened image, showing that watermark present in the posted image from a then-unreleased streaming version of the episode.

17.    Anonymous twitter user "@SaaraAdam21" infringed Aniplex's Japanese copyright rights on May 3, 2023. Specifically:

    a.   Attached hereto as Exhibit 15 is a true and correct copy of the credits in versions of Episode 6 that was authorized for release, marked to show certain credits.

    b.   Attached collectively hereto as Exhibit 16 are a true and correct copy of a twitter post made by made by user @SaaraAdam21on May 15,

Declaration of Yuma Takahashi

2023 at 10:14 a.m., together with an image of credits from that post (marked to show certain credits). While that post was made after the broadcast and streaming releases of Episode 6, it includes an image of the credits for Episode 6 that was never authorized for release (i.e., the credits in the image in the post are a version in which the credits were deliberately erroneous, and that version was replaced with a version authorized for release, with the correct credits that appear in Exhibit 15 hereto).

18. Anonymous twitter user "@seveninone71" infringed Aniplex's Japanese copyright rights on April 28, 2023. Specifically:

    a.  Attached hereto as Exhibit 17 are true and correct copies of two official Aniplex images from Episode 4.

    b.  Attached hereto as Exhibit 18 is a true and correct copy of a twitter post made by made by user @seveninone71 on April 28, 2023 at 5:14 p.m. (Japan time) (i.e., before the official April 30, 2023 broadcast release time for Episode 4), containing an image that consists of the two images in Exhibit 17.

19. Anonymous twitter user "@SinzsSzn2" infringed Aniplex's Japanese copyright rights on May 14, 2023. Specifically:

    a.  Attached hereto as Exhibit 19 is a true and correct copy of an official Aniplex image from Episode 6, and which shows possible locations for the watermarks that Aniplex added to the streaming versions of the episode.

    b.  Attached hereto collectively as Exhibit 20 are a true and correct copy of a twitter post made by made by user @SinzsSzn2 on May 14, 2023 at 11:45 p.m. (i.e., before the official streaming release time for Episode 6), a true and correct of an image from that post (matching the

Declaration of Yuma Takahashi

official images in Exhibit 19), marked to show the location of a watermark that will appear when the image is lightened, and a true and correct of the lightened image, showing the watermark present in the posted image from a then-unreleased streaming version of the episode.

20.     Attached collectively hereto as Exhibit 21 are: (a) an official announcement by Aniplex of the official broadcast release dates and times, and the official streaming release dates and times, for the 5th Season of Demon Slayer (that season was released in 2024); and (b) a translation of the second page of that announcement. In pertinent part, the announcement was that the season would begin with the broadcast release of the first episode on Sunday, May 12, 2024 at 11:15 p.m. (Japan time).

21.     Anonymous twitter user "@Root25257968" infringed Aniplex's Japanese copyright rights on May 12, 2024. Specifically:

    a.     Attached hereto as Exhibit 22 is a true and correct copy of an official Aniplex image from Episode 1.

    b.     Attached hereto as Exhibit 23 is a true and correct copy of a twitter post made by made by user @Root25257968 on May 12, 2024 at 10:34 a.m. (Japan time) (i.e., before the official broadcast release time of 11:15 p.m. (Japan time) on May 12, 2024 for Episode 1), containing the image in Exhibit 22.

22.     Anonymous twitter user "@mamutchiq2030" infringed Aniplex's Japanese copyright rights on May 12, 2024. Specifically:

    a.     Attached collectively hereto as Exhibit 24 are true and correct copies of official Aniplex images from Episode 1.

    b.     Attached hereto as Exhibit 25 is a true and correct copy of a twitter post made by made by user @mamutchiq2030 on May 12, 2024 at 10:57 a.m. (Japan time) (i.e., before the official broadcast release time

Declaration of Yuma Takahashi

of 11:15 p.m. (Japan time) on May 12, 2024 for Episode 1), containing the images in Exhibit 24.

23.     I provided Mr. Nakajima with the above evidence of infringement in order to pursue legal claims against the infringers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on June 6, 2024.

_Yuma Takahashi_

Yuma Takahashi

12

# Exhibit 1









# Exhibit 2

放送・配信情報

ONAIR

放送情報

4月9日(日) 夜11時15分より

全国フジテレビ系列にて放送開始

4月15日(土) 夜11時30分より

TOKYO MX、BS11、

2024/05/13 21:51　　　　　テレビアニメ「鬼滅の刃」刀鍛冶の里編



https://kimetsu.com/anime/katanakajinosatohen/onair/　　　　　4/6

p.7

2024/05/13 21:51　　　　　　　　「鬼滅の刃」刀鍛冶の里編

『Demon Slayer』Swordsmith Village" arc

放送配信情報

Broadcast and streaming information

On air

放送情報

Broadcast Information

4 月 9 日（日）夜 11 時 15 分より

全国フジテレビ系列にて放送開始

Sunday, April 9, from 11:15 p.m.

Broadcasting begins nationwide on Fuji Television Network, Inc.

4 月 15 日（日）夜 11 時 30 分より

TOKYO MX, BS11,

Starting on Sunday, April 15 from 11:30 pm.

on TOKYO MX, BS11.

https://kimetsu.com/anime/katanakajinosatohen/onair/

P.8

2024/05/13 21:51            テレビアニメ「鬼滅の刃」刀鍛冶の里編

群馬テレビ、とちぎテレビにて

放送開始

Broadcast begins on Gunma TV and Tochigi TV.

ＡＴ‐Ｘ：４月 17 日（月）夜８時〜

AT-X: Monday, April 17, from 8:00 p.m.

アニマックス：４月 29 日（土）夜８時〜

Animax: Saturday, April 29 from 8:00 p.m.

配信情報

Streaming Information

第一話４月 10 日（月）夜１時００分　より

第二話〜第十話毎週（月）夜０時００分　より

第十一話６月 19 日（月）夜１時００分　より

Episode 1 will air on Monday, April 10 at 1:00 am.

Episodes 2 through 10 will air every Monday at 12:00 am.

Episode 11 will air Monday, June 19 at 1:00 am.

順次配信開始

Sequential Streaming Start

ABEMA au スマートパスプレミアム                    ｄアニメストア

ABEMA au Smart Pass Premium                    dAnime Store

https://kimetsu.com/anime/katanakajinosatohen/onair/

# Exhibit 3





# Exhibit 4







# Exhibit 5







# Exhibit 6









# Exhibit 7



# Exhibit 8



# Exhibit 9







# Exhibit 10



Exhibit 11







# Exhibit 12





# Exhibit 13







Exhibit 14







# Exhibit 15



# Exhibit 16





Exhibit 17





Exhibit 18



X
ホーム
話題を検索
通知
メッセージ
リスト
ブックマーク
コミュニティ
プレミアム
プロフィール
もっと見る
ポストする

← ポストする

**Sekido★**
@seveninone71

Neu leak of episode 4 SPOILERS #DemonSlayerSeason3 Join my server for more! discord.gg/VGwUgzsu
ポストを翻訳

午後5:14 · 2023年4月28日 · **4,175** 件の表示

4 · 4 · 92 · 8

返信をポスト
返信

**illegal immigrant** 🕋 @rerqxi · 2023年4月28日
THIS IS SO COOL BUT REMEMBER TO PUT A SPOILER ALERT 😭😭
1 · 8 · 799

**Sekido★** @seveninone71 · 2023年4月28日
yeah join my server
1 · 449

**Kansen** 🇫🇮 @Kansen_san · 2023年4月28日
Compositing gonna be crazy
1 · 1 · 695

**Sekido★** @seveninone71 · 2023年4月28日
fr just saw  the episode
3 · 3 · 535

返信を表示

削除されたアカウントによるポストです。詳細はこちら

**Sekido★** @seveninone71 · 2023年4月29日
through a leaker
124

🎀‿ ·NEZUKOS·NO.1 ·˚*🎀 ·' @NezuKamado1009 · 2023年4月30日
MY GIRL NEZUKO🫶❤️❤️❤️❤️
32

検索

## 関連性の高いアカウント

**Sekido★**
@seveninone71
フォロー
Latest News And Information about #鬼滅の刃 ⚠️ NOT SPOILER FREE ⚠️

## いまどうしてる？

**#ME_Iデビューおめでとう**
きっと未来には、想像以上の景色が待っている。GalaxyS24Ultraとコラボした初のTVCM・WEB動画を公開中！🎥
NTTドコモによるプロモーション

日本のトレンド
**緊急事態宣言**
トレンドトピック: 感染症流行初期、行動計画

日本のトレンド
**野際陽子さん**
トレンドトピック: 蒼井優さん、#DayDay

ニュース · トレンド
**誤認逮捕**
トレンドトピック: いなりずし万引疑い、いなり寿司

日本のトレンド
**デジタル会員証**

さらに表示

利用規約 プライバシーポリシー
Cookieのポリシー アクセシビリティ 広告情報
もっと見る… © 2024 X Corp.

_ abuse
@abuse1937061

# Exhibit 19



# Exhibit 20







# Exhibit 21



トップ
TOP
最新情報
NEWS
イントロダクション
INTRODUCTION
あらすじ
STORY
放送・配信情報
ON AIR
人物紹介
CHARACTER
スタッフ・キャスト
STAFF・CAST
映像商品
Blu-ray&DVD
音楽情報
MUSIC
スペシャル
SPECIAL
X

# 放送・配信情報

ONAIR

5月12日(日)夜11時15分より

放送開始！

初回は一時間スペシャル！

## 放送情報

毎週日曜 夜11時15分より全国フジテレビ系列にて、

毎週土曜 夜12時よりTOKYO MX、BS11、群馬テレビ、とちぎテレビにて放送中

AT-X：5月21日（火）夜8時〜

アニマックス：5月25日（土）夜7時〜

## 配信情報

第一話 5月13日（月）夜1時00分　より

第二話以降 毎週（月）夜0時00分　より

各種配信プラットフォームにて配信中

ABEMA au スマートパスプレミアム d アニメストア

d アニメストア for Prime Video d アニメストア ニコニコ支店

「鬼滅の刃」桂稽古編

"Demon Slayer" Hashira Training Arc

p.2

2024/05/29 2:35                          放送・配信情報テレビアニメ「鬼滅の刃」桂稽古編

Broadcast and streaming information TV Animation "Demon Slayer" Hashira Training Arc

放送・配信情報

Broadcast and streaming information

On air

5 月 12 日（日）夜 11 時 15 分より

放送開始！

The broadcast begins at 11:15 p.m. on Sunday, May 12!

初回は一時間スペシャル！

The first episode is a one-hour special!

**放送情報**

**Broadcast Information**

全国フジテレビ系列にて放送開始

Broadcasting begins nationwide on Fuji Television Network, Inc.

毎週日曜夜 11 時 15 分より全国フジテレビ系列にて、

Every Sunday night at 11:15 p.m. on Fuji Television Network nationwide,

毎週土曜　夜 12 時より TOKYO MX、BS11、群馬テレビ、とちぎテレビにて放送中

Broadcasting every Saturday night from 00:00 a.m. on TOKYO MX, BS11, Gunma Television and Tochigi Television.

AT‐X：5 月 21 日（火）夜 8 時〜

AT-X: Tuesday, May 21, from 8:00 p.m.

アニマックス：5 月 25 日（土）夜 7 時〜

Animax: Saturday, May 25, from 7:00 p.m.

**配信情報**

**Streaming Information**

第一話　5 月 13 日（月）夜 1 時 0 0 分　より

第二話以降　毎週（月）夜 0 時 0 0 分　より

各種配信プラットフォームにて配信中

Episode 1 Monday, May 13 at 1:00 a.m.

From the episode 2 onward, every Monday night at 0:00 a.m.

Available on various streaming platforms

ABEMAau スマートパスプレミアム d アニメストア

d アニメストア for Prime Video　　　d アニメストアニコニコ支店

ABEMAau Smart Pass Premium dAnime Store

dAnime Store for Prime Video　dAnime Store Nico Nico Branch

# Exhibit 22



# Exhibit 23

X

設定

← ポストする

ROOT
@Root25257968

Make sure to use Tags guys
It's a must we gotta show our appreciation to Ufotable

#鬼滅の刃
#DemonSlayer

ポストを翻訳



午前10:34 · 2024年5月12日 · **6,419** 件の表示

**28** リポスト  **2** 件の引用  **241** 件のいいね  **11** ブックマーク

Xを使って

今すぐ登録して、
よう。

App

アカウントを登録
バシーポリシー
みなされます。

関連性の高

ROOT
@Root

#Infinit
Slayer f
✏️ @R
Anime
/FMAB

問題が発生し

利用規約 プラ
Cookieのポリシー
もっと見る …

「いま」起きていることを見つけよう
Xなら、「いま」起きていることをいち早くチェックできます。

ログイン

# Exhibit 24







# Exhibit 25

X

設定

← ポストする

mamutchiq
@mamutchiq2030

Demon Slayer Kimetsu no Yaiba Hashira Training Arc leak

#season4 #kny





午前10:57 · 2024年5月12日 · **6,407** 件の表示

**28** リポスト　**3** 件の引用　**429** 件のいいね　**50** ブックマーク

Xを使って...

今すぐ登録して...
よう。

アカウントを登録...
バシーポリシー ...
みなされます。

関連性の高...

mamut...
@mam...
Todo re...
no Yaib...

問題が発生し...

利用規約　プライ...
Cookieのポリシー...
もっと見る… ...